

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00322-CV

_____

IN RE MICHAEL IBENYENWA, Relator

Original Proceeding
Criminal District Court No. 3 of Tarrant County, Texas
Trial Court No. 1149004D

Before Birdwell, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied as moot. Accordingly, relator's petition for writ of mandamus is denied as moot.

Per Curiam

Delivered:  September 18, 2023